# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| SULO | E 1593130 | Coral Cartwright | S30FB |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged: ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 04/27/2023 | ORC 4511.21 |

**Place of Offense**
Spinning Rd

**Offense Description: Factual Basis for Charge** — HAZMAT ☐
36 mph in a 25 mph

Seatbelt - YES    Insurance - yes

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| Thaxton | Tiffany | M |

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| HJY 3955 | OH | | Dodge Charger | | Grey |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 55  Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ 85  Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: ___    Date: ___    Time: ___

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*E1593130*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **April 27**, 20**23** while exercising my duties as a law enforcement officer in the **Southern** District of **Ohio**

I utilized my vehicles Stalker Dual SL Radar System while on Spinning. I observed a Grey dodge Charger driving with a Speed over the posted Speed limit of 25 mph. I verified on the Stalker that the vehicles speed was 36 mph. I made a traffic stop on the charger, that was operated by a Thaxton Tiffany. After I Informed Thaxton of her speed, she stated she thought the posted Speed limit was 35 mph and not 25 mph.

The foregoing statement is based upon:
☒ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **04/27/2023**    [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ___
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident